or place fixed in this decision is unsatisfactory, the hearing shall be had shortly thereafter at a time and place to be fixed by the Industrial Board, after notice to the parties. In the event the record is not settled before February twentieth the settlement of the record may be brought on by motion at the Compensation Term of this court beginning March 2, 1936. It is suggested that the Industrial Board may waive the provisions of their rule 16, and determine the question involving claim of payment of compensation in like manner as wages, to the end that the entire question may be disposed of on one appeal. However, in the event this suggestion is not adopted by the Board, the present appeal will be disposed of and the subject of advance payments reserved for a later hearing, and, if necessary, a further appeal. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of BESSIE ARRANDT, Alleged Widow, on Account of the Death of ABE ARRANDT, Deceased Employee, Appellant, against BORDEN's FARM PRODUCTS COMPANY, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten papers denied, with leave to renew at the March term on papers to be accompanied by so much of the typewritten records as involve the issue to be argued. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of BESSIE ARRANDT, Alleged Widow, on Account of the Death of ABE ARRANDT, Deceased Employee, Appellant, against BORDEN's FARM PRODUCTS COMPANY, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HYMAN BELKIN, Respondent, v. BOOTH & FLYNN, INC., and Others, Defendants, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion to amend order (entered October 4, 1935) dismissing the appeal, so as to permit defendant-appellant to file printed record on appeal and place appeal on calendar for January term, denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of EDWARDO MAFFI for Disability Compensation under the Workmen's Compensation Law, State of New York. STATE INDUSTRIAL BOARD, Claimant, Respondent; THE CITY OF NEW YORK, Appellant.— Motion for order directing the State Industrial Board to accept service of the notice of appeal served by the city of New York upon said Board on December 6, 1935, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

CITIZENS TRUST COMPANY OF BINGHAMTON, Appellant, v. LEWIS B. MERSELIS and Another, Respondents.— Decision handed down September 25, 1935 [245 App. Div. 881], is hereby amended to read as follows: Motion for leave to appeal to the Court of Appeals granted. The court hereby certifies that the following question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals: Does the complaint herein state facts sufficient to constitute a cause of action? Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of NELLIE LYNCH and Another, Respondents, and LOUIS J. LYNCH, Son of PATRICK LYNCH, Deceased, Appellant, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.